Opinion PER CURIAM.

---

# Allison v. The State.

APPEAL from Walker Circuit Court. Heard before the Hon. THOS. R. ROULHAC.

COLEMAN & BANKHEAD, for appellant.

WILLIAM C. FITTS, Attorney-General for the State.

The appellant was indicted and tried for murder, was convicted of murder in the second degree and sentenced

to the penitentiary for ten years.   The judgment of conviction is reversed for errors committed by the trial court in its oral charge to the jury and in the refusal of some of the charges requested by the defendant.
   Opinion by McClellan, C. J.